479 A.2d 1118

Commonwealth v. Bullins, Appellant.

Submitted April 30, 1984.   Elias B. Landau, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and CIRILLO, JJ.

Affirmed.

WIEAND, J., concurred in the result.